JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALEX YUBINE GOMEZ RODRIGUEZ,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-04236-FLA (SSC)

**ORDER DISMISSING ACTION [DKT. 12]**

On September 8, 2026, Petitioner Alex Yubine Gomez Rodriguez ("Petitioner") and Respondents filed a Joint Status Report (Dkt. 12), stating that Petitioner has obtained the relief at issue in this habeas proceeding because he was released from immigration custody on bond, and that the parties agree no further relief is necessary. Dkt. 12 at 2.

The court, therefore, DISMISSES the Petition for Writ of Habeas Corpus (Dkt. 1) as moot and CLOSES the action administratively.

IT IS SO ORDERED.

Dated: September 10, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge